**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

DEBTOR: **FRANCISCO J. MESTRE**  JOINT DEBTOR: **MARIA E. MESTRE** CASE NO. **16-20062-BKC-AJC**
Last four digits of SS No. 5735    Last four digits of SS No. 2206

**MONTHLY PLAN PAYMENT:** Including Trustee's fee of 10% and beginning thirty (30) days from filing/conversion date. Debtor(s) to pay to the Trustee for the period of **60** months. In the event the Trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan. In the event the Trustee does not collect the full 10%, any portion not collected will be paid to Administrative, Secured & Priority Creditors first and any balance owed to Unsecured creditors at the end of the plan pro-rata under the plan.

**A. $133.35** for months **1** to **60**, beginning **August 20, 2016**; in order to pay the following creditors:

**Administrative**: Attorney's Fees: $3,650.00; Paid Fees: $1,600.00; Balance Due: $2,000.00; payable $110.00/mo. (Mos. 1 to 15)

**Secured Creditors**:  [Retain Liens pursuant to 11 U.S.C. § 1325(a)(5)]
**Mortgage(s)/Liens on Real or Personal Property**

NONE

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING THE CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3

NONE

**Priority Creditors**: [As defined in 11 U.S.C. Section 507]

NONE

**Unsecured Creditors**: Payable: $10.02/mo. (Mos. 1 to 15) & $120.02/mo. (Mos. 16 to 60). Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date

**OTHER PROVISIONS: WELLS FARGO (1st Mtg Homestead Prop. Acct #8478 - 6310 SW 90 Ct., Miami, FL 33173) and JPMORGAN CHASE (2nd Mtg Homestead Prop. Acct #5173 - 6310 SW 90 Ct., Miami, FL 33173) -** The accounts with these creditors will be treated outside the Chapter 13 Plan.

Dated: July 29, 2016

                              Law Offices of Michael J. Brooks,
                              Michael A. Frank,
                              & Rodolfo De La Guardia
                              Attorneys for Debtor(s)
                              10 N.W. Le Jeune Road, Suite 620
                              Miami, FL  33126-5431
                              **(305) 443-4217**
                              Pleadings@bkclawmiami.com


                              By /s/_____
                                   Michael J. Brooks
                                   Florida Bar No. 434442