**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
FIRST AMENDED **CHAPTER 13 PLAN (Individual Adjustment of Debts)**

DEBTOR: **FRANCISCO J. MESTRE**   JOINT DEBTOR: **MARIA E. MESTRE**   CASE NO. **16-20062-BKC-AJC**
Last four digits of SS No. 5735      Last four digits of SS No. 2206

**MONTHLY PLAN PAYMENT**: Including Trustee's fee of 10% and beginning thirty (30) days from filing/conversion date. Debtor(s) to pay to the Trustee for the period of **60** months. In the event the Trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan. In the event the Trustee does not collect the full 10%, any portion not collected will be paid to Administrative, Secured & Priority Creditors first and any balance owed to Unsecured creditors at the end of the plan pro-rata under the plan.

A. **$133.33** for months **1** to **60**, beginning **August 20, 2016**; in order to pay the following creditors:

**Administrative**: Attorney's Fees: $3,650.00 (SAFE HARBOR; Base-$3,500.00, Cost-$150.00); Paid Fees: $1,600.00; Balance Due: $2,000.00; payable $111.12/mo. (Mos. 1 to 18)
**Secured Creditors**:   [Retain Liens pursuant to 11 U.S.C. § 1325(a)(5)]
**Mortgage(s)/Liens on Real or Personal Property**

**NONE**

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING THE CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3**

**NONE**

**Priority Creditors**: [As defined in 11 U.S.C. Section 507]

**NONE**

**Unsecured Creditors**: Payable: $8.88/mo. (Mos. 1 to 18) & $120.00/mo. (Mos. 19 to 60). Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date

**OTHER PROVISIONS**: **WELLS FARGO (1st Mtg Homestead Prop. Acct #8478 - 6310 SW 90 Ct., Miami, FL 33173) and JPMORGAN CHASE (2nd Mtg Homestead Prop. Acct #5173 - 6310 SW 90 Ct., Miami, FL 33173) -** The accounts with these creditors will be treated outside the Chapter 13 Plan.

**SPECIAL PROVISION**: **The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f)1-4 on an annual basis during the pendency of this case.  The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is on or before May 15 each year the case is pending, unless under extension, and that the debtor(s) shall provide to the Trustee a statement of the income and expenditure of the debtor during the tax year of the debtor most recently concluded before such statement is filed under this paragraph, and the monthly income of the debtor(s) that shows how income, expenditure, and monthly income are calculated.**

Dated: August 19, 2016

**CERTIFICATE OF MAILING**

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A) and that a true and correct copy of the foregoing was sent by e-mail to Nancy Neidich at e2c8f01@ch13herkert.com and those set forth in the NEF and regular mail to all creditors this 19th day of August, 2016.

```
                              Law Offices of Michael J. Brooks,
                              Michael A. Frank,
                              & Rodolfo De La Guardia
                              Attorney for Debtor(s)
                              10 N.W. Le Jeune Road, Suite 620
                              Miami, FL  33126-5431
                              (305) 443-4217
                              Pleadings@bkclawmiami.com


                              By /s/
                              Michael J. Brooks
                              Florida Bar No. 434442
```

LF-31 (rev. 01/08/10)