RE: Francisco J Mestre & Maria E Mestre          **PRO SE**          Case # 16-20062-AJC

### TRUSTEE'S NOTICE OF DEFICIENCY FOR CONFIRMATION AND RECOMMENDATION (Pre 341)

The Trustee reviewed this case for confirmation and found the following deficiencies from the Trustee's letter requesting documents and prior deficiencies and thus objects as follows:

| Left column | Right column |
|---|---|
| Tax returns: | ✓ ✓ Photo ID(s)    LF 90    LF67    LF10 |
| ' Bank Account Statements    3 months pre-petition | ___ Domestic Support Info: name address and phone |
| | ✓ Affidavit of Support |
| | ___ 2016(B)    401K/Retirement Stmts    Life Ins Policy |
| ___ Check copy | ___ Other provisions   IVL   100%   Lawsuit   Lease |
| | Gambling    HAMP    LMM/MMM |
| ___ Explain W/D | ___ Plan does not fund |
| ✓ FMV(NADA/Carmax)(Reg) and (Payoff) Vehicles | ✓ Calculation errors/improper months  Typo error Atty Section |
| 04/MERCEDES, 01/NISSAN | ___ Valuation motion has not been filed |
| ___ FMV and Payoff: Real Estate | ___ LMM/MMM motion not filed |
| | ___ Reaffirm, redeem or surrender Sch D & G creditor |
| ___ Non homestead Information Sheet | ___ Creditor on plan not listed in Schedules or no filed POC |
| ___ Wage deduction order or motion to waive | ___ Priority debt on Sch E not in plan |
| **BUSINESS DEBTOR DOCUMENTS** | ✓ Object or Conform to Proof of Claim |
| ___ BDQ & attachments    Profit & Loss    Balance Sheet | ___ Miami-Dade County    ___ Tax Certificate(DE#___) |
| ___ Bank statements and checks    3 months | ___ Dept of Revenue    #1 IRS |
| | ___ Other |

___ Fee application (see court guideline 6)
___ Income understated _____ stubs _____ taxes
___ co-debtor _____ stubs _____ taxes
___ Spouse's pay advices/spouse's wages not disclosed
___ Proof of household size (government ID w/ address) and income of all adults
___ Best effort < 36 months < 60 months
___ Expenses objectionable: Sch J ☐ Provide Proof
___ D/I > 100%  < 90%    Feasibility
___ Info on transfer  SOFA _____ undisclosed
___ Tolling Agreement(s)

___ Objection to Exemption (specifics to be filed)
___ To be heard with confirmation at 1:30 pm
O Ch 7 s/b 7,550.24 plus tax refund / valuations
___ Good faith to unsecured
___ Expenses: documentation/calculation: CMI line
___ CMI/DI _____ x 60 = _____
☐ Plus income/expenses issues ☐ Trustee est. $_____
___ Undervalued collateral should be crammed down

Other: _____ Order of Conversion Doc # 28 _____

Trustee reserves the right to raise additional objects until all requested documents are timely provided.

*IMPORTANT NOTICE REGARDING CONFIRMATION: IF THE DEBTOR(S) OBJECTS TO THE TRUSTEE'S RECOMMENDATION ON THE PUBLISHED CALENDAR, THE DEBTOR'S ATTORNEY MUST CONTACT THE TRUSTEE'S OFFICE AND SPEAK TO AN ATTORNEY BEFORE 2PM THE DAY PRIOR TO THE HEARING OR THE RECOMMENDATION WILL BE DEEMED UNCONTESTED BY THE DEBTOR. \*\*The Trustee's calendar will be published prior to the confirmation hearing - contact the Trustee's office on how to locate the calendar on her web site - access is limited. The debtor or debtor's attorney must appear at the confirmation hearing* The debtor may still be dismissed for failure to fund the plan if they are delinquent in payments. Please note: documents that were not timely filed/received by the trustee may not be considered or reviewed until the next hearing date.

**Deficiencies must be cured by 5 pm on _____ to avoid dismissal**
The Trustee will recommend dismissal of this case unless a) The Trustee receives copies of all requested documents as listed above, b) The Trustee receives a written response with "back-up documentation" of all issues raised, c) The debtor files all amendments, and d) The debtor files and properly serves all motions and self-calendars those motions for the first confirmation hearing.

I hereby certify that a true and correct copy of the foregoing was served through ECF on the debtor's attorney or by U.S. First Class pre-paid Mail on the pro se debtor on the same day filed with the Court. Submitted by NANCY K. NEIDICH CHAPTER 13 TRUSTEE, P.O. BOX 279806, MIRAMAR, FL 33027