

**ORDERED in the Southern District of Florida on April 5, 2017.**

A. Jay Cristol, Judge
United States Bankruptcy Court

___

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov**

*In re:*

FRANCISCO J. MESTRE and
MARIA E. MESTRE

      Debtors.                               /

Case No.: 16-20062-AJC

Chapter 7

**AGREED ORDER SUSTAINING TRUSTEE'S OBJECTION TO DEBTORS' CLAIM OF
EXEMPTIONS AND MOTION FOR TURNOVER [ECF # 244]**

**THIS MATTER** came before the Court for hearing on Tuesday, February 14, 2017 at 2:00 p.m. (the "Hearing") upon the *Trustee's Objection to the Debtors' Claimed Exemptions and Motion for Turnover* [ECF #44] (the "Objection"),[1] filed by Jacqueline Calderin, Trustee (the "Trustee") of the bankruptcy estate of Francisco J. Mestre and Maria E. Mestre (the "Debtors"). The Court, having reviewed the Objection and being advised that the parties agree to the relief Ordered herein, and finding that the relief sought in the Objection is in the best interest of the estate and good cause exists

___

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Agreed Motion.

for the relief provided herein.  Accordingly, the Court does **ORDER** as follows:

1. The Objection is **SUSTAINED.**

2. The Debtors shall turnover in the form of a money order or a cashier's check made payable to "Jacqueline Calderin, Trustee, for the benefit of the Estate", the total sum of $9,2000.00 payable as follows:

   a. $5,000.00 (the "Vehicle Buyback") due on or before April 5, 2017 in purchase of the estate's interest, if any, in the (i) 2004 Mercedes ML 350 and (ii) 2001 Nissan Pathfinder (together, the "Vehicles").  As such, the Debtors shall: (i) maintain the Vehicles fully insured until such time as the Vehicle Buyback due under the Settlement is satisfied in full; and (ii) immediately add the Trustee as "loss payee" on the vehicle(s)'s insurance policy and provide proof thereof to the Trustee.  The Vehicle Buyback shall be allocated as follows:

      i. $3,000.00      2004 Mercedes ML 350; and
      ii. $2,000.00     2001 Nissan Pathfinder

      Upon receipt of the total sum of the Vehicle BuyBack, the Vehicles will be deemed fully administered and any claims the estate may have as to the Vehicles shall be deemed satisfied in full.

   b. $4,200.00 (the "Personal Property Buyback" and when referred to collectively with the Vehicle BuyBack, the "Settlement Payments") payable in 15 installment payments of $280.00 per month, commencing on May 1, 2017 and due ever month thereafter (the "Installment Payments").  The Personal Property Buyback shall be allocated as follows:

      i. $4,200.00      Household goods and furnishings

3. In the event that the Debtors default in timely making any of the settlement payments under paragraph 2 as set forth above or otherwise default under any other provision set forth in this Order, then the Trustee shall notify the Debtors of such default immediately in writing by U.S. mail or email to counsel for the Debtors.  If the Debtors do not cure the default within five (5) days of such notice from the Trustee, then the Trustee shall be entitled to (i) entry of a final judgment against the Debtors for the sum of $10,000.00 plus the Trustee's reasonable fees and costs incurred in

enforcing the order upon motion and notice; (ii) seek turnover of the Debtors' personal property to the extent that such property exceeds the Debtors' allowable exemptions under applicable Florida law, and (iii) revocation of the Debtors' discharge by motion pursuant to Bankruptcy Rule 9024, and the Debtors explicitly waive the requirement of an adversary proceeding for such matter. However, the Debtor's discharge will not be revoked without a hearing.

4. The Court reserves jurisdiction to enforce the terms of this Order.

# # #

**Submitted By**:
Jacqueline Calderin
Counsel for the Trustee
jc@ecclegal.com
Ehrenstein Charbonneau Calderin
501 Brickell Key Drive, Suite 300
Miami, Florida 33131
T. 305.722.2002      F. 305.722.2001
www.ecclegal.com

Copy to:  Attorney Calderin, who shall serve a copy of the signed order on all required parties and file with the court a certificate of service conforming with Local Rule 2002-1(F).